# Third District Court of Appeal
## State of Florida

Opinion filed September 13, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1234
Lower Tribunal No. F20-11144

————————————

**Deiondre Deveaux,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Deiondre Deveaux, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.